IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD SCOTT DOSS,

    Plaintiff,

v.                                      CASE NO. 5:24cv173-RH-MJF

TOMMY FORD et al.,

    Defendants.

_____/

## ORDER DENYING A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 46. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for a temporary restraining order and preliminary injunction, ECF No. 37, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 8, 2025.

                                          s/Robert L. Hinkle
                                          United States District Judge